UNITED STATES of America,
Plaintiff–Appellee,

v.

Warner D. WILLIAMS, Defendant–
Appellant.

No. 05–30945
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 25, 2006.

Josette Louise Cassiere, C. Mignonne Griffing, Assistant U.S. Attorneys, U.S.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Attorney's Office, Western District of Louisiana, Shreveport, LA, Plaintiff–Appellee.

Betty Lee Mark, Federal Public Defender's Office, Western District of Louisiana, Shreveport, LA, for Defendant–Appellant.

Before JOLLY, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM: *

The Federal Public Defender (FPD) appointed to represent Warner D. Williams on appeal has filed a motion to withdraw and a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Williams has filed a response and moves for release pending appeal. Our independent review of counsel's brief, Williams's response, and the record discloses no nonfrivolous issue. Accordingly, the FPD's motion to withdraw is GRANTED, Williams's motion for release pending appeal is DENIED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.